AO 245 S (Rev. 4/90)(N.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FIL...

05 APR 26 AM /:4

ROBERT R. DI ... 'O
CLERK, U.S. DI ... CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

Case Number 2:01CR20164-02-D

JACK R. HOGELAND
    Defendant.

### JUDGMENT AND COMMITMENT ORDER
### ON SUPERVISED RELEASE VIOLATION
### (For Offenses Committed On or After November 1, 1987)

The defendant, Jack R. Hogeland, was represented by Needum Louis Germany, III, Esq.

It appearing that the defendant, who was convicted on April 4, 2002, in the above styled cause and was placed on Supervised Release for a period of three (3) years and has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the defendant is hereby sentenced to **Time Served.**

FURTHERMORE, the defendant's conditions of Supervised Release remain as previously imposed, set to expire as originally scheduled.

Signed this the 25th day of April, 2005.


BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE


Defendant's SS No.: 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
Defendant's Date of Birth: 09/02/1961
U.S. Marshal No.: 17862-076
Defendant's Mailing Address: 1284 Mathes, Atoka, TN 38004

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-27-05

133

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 133 in case 2:01-CR-20164 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT